ACCEPTED
14-15-00619-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/2/2015 10:27:44 AM
CHRISTOPHER PRINE
CLERK

**BELINDA HILL**
**FIRST ASSISTANT**



**CRIMINAL JUSTICE CENTER**
**1201 FRANKLIN, SUITE 600**
**HOUSTON, TEXAS 77002-1901**

**DEVON ANDERSON**
**DISTRICT ATTORNEY**
**HARRIS COUNTY, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/2/2015 10:27:44 AM

CHRISTOPHER A. PRINE
Clerk

November 2, 2015

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin Street
Houston, TX 77002-2066

**RE:** *Ex parte Larry Flores*

Court of Appeals Numbers:     14-15-00619-CR & 14-15-00620-CR
Trial Court Case Numbers:     1473497 & 1473498

Dear Mr. Prine:

This case is an appeal from the denial of relief on the appellant's pre-trial writ of habeas corpus seeking a reduction in the amount of his bail. I write to apprise the Court of a status change in the appellant's trial date.

The record in this case indicated that it was set for trial on September 16, 2015. In the State's brief, I advised this Court that that date had been reset and the case was set for trial on October 9, 2015. On October 8, I wrote this Court to advise that the trial had been rescheduled for October 23.

Somehow that date was pushed off until October 26, at which point the appellant requested that the trial judge recuse herself based on her connection, when she was a prosecutor, to a charge that was filed against him in the early 90s. The trial court has now granted that motion, and the case is in the process of being transferred to another judge.

The State has been attempting to go to trial on this case since mid-September. Because a trial would render this appeal moot, I have attempted to keep this Court of apprised of proceedings in the trial court. As of now, it is anyone's guess when a trial will occur, and I do not anticipate filing further updates on this matter.

Sincerely,

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
morgan_clinton@dao.hctx.net
713.274.5826

cc:    Clint Davidson